Paul PIERRE, Petitioner

v.

ATTORNEY GENERAL OF
the UNITED STATES.

No. 06–2496.

United States Court of Appeals,
Third Circuit.

Dec. 7, 2007.

Rebecca A. Sharpless, Miami, FL, for Petitioner.

Richard M. Evans, David E. Dauenheimer, Susan K. Houser, United States Department of Justice, Office of Immigration Litigation, Washington, DC, for Respondent.

Present: SCIRICA, Chief Judge, SLOVITER, McKEE, RENDELL, BARRY, AMBRO, FUENTES, SMITH, FISHER, CHAGARES, JORDAN, HARDIMAN and GARTH, Circuit Judges.

## ORDER

ANTHONY J. SCIRICA, Chief Judge.

A majority of the active judges having voted for rehearing en banc in the above appeal, it is ordered that the Clerk of this Court list the above case for rehearing en banc on Wednesday, February 27, 2008. *See* Fed. R.App. P. 35(a). The Clerk is directed to enter an expedited briefing schedule.